# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN MASON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>BOBBY PHILLPH, Warden,<br><br>　　　　Respondent. | Case No. CV 10-10078-ODW (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition and dismissing this action without prejudice for failure to prosecute and for failure to exhaust state remedies.

DATED: August 30, 2011　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE OTIS D. WRIGHT
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE