JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN MASON,<br>   Petitioner,<br>  v.<br>BOBBY PHILLPH, Warden,<br>   Respondent. | Case No. CV 10-10078-ODW (SP)<br><br>**JUDGMENT** |

  Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

  IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: August 30, 2011

_____
HONORABLE OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE